1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408)-535-5084                    ***E-FILED - 7/9/10***
7  Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 09-00457-RMW
                                     )
15                  Plaintiff,       )
                                     )   STIPULATION AND ORDER
16          v.                       )   RESCHEDULING SENTENCING
                                     )   HEARING
17  ELVA GONZALEZ,                   )
                                     )
18                  Defendant.       )
                                     )
19                                   )
    UNITED STATES OF AMERICA,        )   No. 09-00694-RMW
20                                   )
                    Plaintiff,       )
21                                   )
            v.                       )
22                                   )
    ELVA GONZALEZ,                   )
23                                   )
                    Defendant.       )
24                                   )

25

26     IT IS HEREBY STIPULATED by the undersigned that the sentencing hearing in the two

27  above-entitled cases, currently scheduled for Monday, July 12, 2010 at 9:00 a.m., be vacated and

28  rescheduled for Monday, September 27, 2010 at 9:00 a.m.

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 09-00457-RMW and CR 09-00694-RMW**

1
2  It is so stipulated.
3
4  Dated: _____                    _____/s/_____
                                            JOHN N. GLANG
5                                           Assistant United States Attorney
6
   Dated: _____                    _____/s/_____
7                                           BRUCE C. FUNK, ESQ.
                                            Attorney for Elva Gonzalez
8
9
10                                **ORDER**

11     Based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing in

12  the two above-entitled cases, previously scheduled for Monday, July 12, 2010 at 9:00 a.m., be

13  vacated and rescheduled for Monday, September 27, 2010 at 9:00 a.m.

14
    It is so ordered:
15
    Dated: 7/9/10                            _Ronald M Whyte_____
16                                           RONALD M. WHYTE
                                             United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 09-00457-RMW and CR 09-00694-RMW**          2