| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5084
Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

*E-FILED - 9/21/10*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00457-RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| ELVA GONZALEZ, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | No. 09-00694-RMW |
| Plaintiff, | ) | |
| v. | ) | |
| ELVA GONZALEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the undersigned that the sentencing hearing in the two above-entitled cases, currently scheduled for Monday, September 27, 2010 at 9:00 a.m., be vacated and rescheduled for Monday, November 1, 2010 at 9:00 a.m.

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 09-00457-RMW and CR 09-00694-RMW**

1
2  It is so stipulated.
3
4  Dated: __9/14/10_____                _____/s/_____
                                              JOHN N. GLANG
5                                             Assistant United States Attorney
6
   Dated: _9/14/10_____                _____/s/_____
7                                             BRUCE C. FUNK, ESQ.
                                              Attorney for Elva Gonzalez
8
9
10                              **ORDER**
11     Based upon the stipulation of the parties, it is hereby ordered that the sentencing hearing in
12  the two above-entitled cases, previously scheduled for Monday, September 27, 2010 at 9:00
13  a.m., be vacated and rescheduled for Monday, November 1, 2010 at 9:00 a.m.
14
   It is so ordered:
15
   Dated: _ 9/21/10 _____                 _Ronald M. Whyte_____
16                                            RONALD M. WHYTE
                                              United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING DATE**
**CR 09-00457-RMW and CR 09-00694-RMW**          2